**\*\* E-filed June 5, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN RUIZ, | No. C10-01165 HRL |
| Plaintiff, | **ORDER DENYING DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| PARTY CITY CORPORATION, a Delaware corporation, | **[Re: Docket No. 16]** |
| Defendant. | |

Defendant's counsel submits a request to appear by telephone at the Initial Case Management Conference set for June 8, 2010 at 1:30 p.m. The court finds good cause lacking and, accordingly, DENIES the request.

**IT IS SO ORDERED.**

Dated: June 5, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 10-01165 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Charles Swanston | cswanston@fandslegal.com |
| Cristina K Armstrong | carmstrong@foxrothschild.com |
| David Frederick Faustman | dfaustman@foxrothschild.com, colivella@foxrothschild.com, lharris@foxrothschild.com |
| Stacey Ann Lee | salee@foxrothschild.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California